United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-12319-jkf
Diane Watson                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 2                Date Rcvd: May 13, 2020
                               Form ID: 138NEW           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
```
db             +Diane Watson,    444 Edgemore Road,    Philadelphia, PA 19151-4017
13567018        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13543249       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13504145       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13504147       +Global Credit,    20010 Century Blvd Ste 4,    Germantown, MD 20874-1118
13504148       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13603646       +PNC BANK, N.A.,    ATTN: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13504152       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13504153       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 14 2020 03:53:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:52:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2020 03:52:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:53:50     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13571908        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2020 03:54:44
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13504144       +E-mail/Text: bankruptcy@cavps.com May 14 2020 03:52:57     Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13516089       +E-mail/Text: bankruptcy@cavps.com May 14 2020 03:52:57     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13504146       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:55:06     Gemb/walmart,    Attn: Bankruptcy,
                 PO Box 103104,    Roswell, GA 30076-9104
13504149       +E-mail/Text: bncnotices@becket-lee.com May 14 2020 03:52:22     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13504150       +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2020 03:52:49     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13504151       +E-mail/Text: bankruptcy@sccompanies.com May 14 2020 03:53:23     Montgomery Ward,
                 1112 7th Ave,    Monroe, WI 53566-1364
13568376       +E-mail/Text: bankruptcy@sccompanies.com May 14 2020 03:53:23     Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
13504154        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:54:38
                 Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
13521153        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:54:03
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13524843        E-mail/PDF: rmscedi@recoverycorp.com May 14 2020 03:53:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13516551       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov May 14 2020 03:54:33
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13504155       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2020 03:52:16
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: Stacey              Page 2 of 2              Date Rcvd: May 13, 2020
                             Form ID: 138NEW           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:

```
          JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com
          JOHN L. MCCLAIN    on behalf of Debtor Diane  Watson aaamcclain@aol.com,  edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Plaintiff Diane  Watson aaamcclain@aol.com,  edpabankcourt@aol.com
          JOSHUA I. GOLDMAN    on behalf of Creditor    PNC Bank, National Association
           Josh.Goldman@padgettlawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VIRGINIA R. POWEL    on behalf of Defendant    U.S. Department of Housing and Urban Development
           virginia.powel@usdoj.gov, mardella.suarez@usdoj.gov
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Diane Watson
      Debtor(s)

Bankruptcy No: 15–12319–jkf
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                    For The Court
                                    Timothy B. McGrath
                                     Clerk of Court

Dated: 5/13/20

                                                    78 – 76
                                               Form 138_new