United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12319-jkf
Diane Watson                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey                 Page 1 of 1              Date Rcvd: May 13, 2020
                                Form ID: 212                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db             +Diane Watson,    444 Edgemore Road,    Philadelphia, PA 19151-4017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
      JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
        jschwartz@mesterschwartz.com
      JOHN L. MCCLAIN    on behalf of Debtor Diane  Watson aaamcclain@aol.com, edpabankcourt@aol.com
      JOHN L. MCCLAIN    on behalf of Plaintiff Diane  Watson aaamcclain@aol.com, edpabankcourt@aol.com
      JOSHUA I. GOLDMAN    on behalf of Creditor    PNC Bank, National Association
        Josh.Goldman@padgettlawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
        bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
        bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      VIRGINIA R. POWEL    on behalf of Defendant    U.S. Department of Housing and Urban Development
        virginia.powel@usdoj.gov, mardella.suarez@usdoj.gov
                                                                                                                TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                           Chapter: 13

      Diane Watson

Debtor(s)                                                                                   Case No: 15–12319–jkf

_____

*ORDER*

      AND NOW, 5/13/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

      ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

      For The Court

      Jean K. FitzSimon

      Judge ,United States Bankruptcy Court