United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane Watson  
    Debtor

Case No. 15-12319-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Jun 15, 2020  
    Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db     +Diane Watson,  444 Edgemore Road,   Philadelphia, PA 19151-4017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
    JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union jschwartz@mesterschwartz.com  
    JOHN L. MCCLAIN    on behalf of Debtor Diane  Watson aaamcclain@aol.com, edpabankcourt@aol.com  
    JOHN L. MCCLAIN    on behalf of Plaintiff Diane  Watson aaamcclain@aol.com, edpabankcourt@aol.com  
    JOSHUA I. GOLDMAN    on behalf of Creditor   PNC Bank, National Association Josh.Goldman@padgettlawgroup.com  
    KEVIN G. MCDONALD    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
    POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
    REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
    THOMAS I. PULEO    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    VIRGINIA R. POWEL    on behalf of Defendant   U.S. Department of Housing and Urban Development virginia.powel@usdoj.gov, mardella.suarez@usdoj.gov  
    TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Diane Watson                                                : Case No. 15–12319–jkf
       Debtor(s)

***ORDER***
_____

AND NOW, this day , June 15, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

84
Form 195